UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

-against-

THE TOWN OF OYSTER BAY, TOWN
SUPERVISOR JOHN VENDITTO in his
Official Capacity, and LONG ISLAND HOUSING
PARTNERSHIP, INC.

Defendants.
------------------------------------------------------------x

U.S.

★  APR 10 2014  ★

LONG ISLAND OFFICE

Civil Action No.

**CV 14 2317**

**STIPULATION**
**OF DISMISSAL** **SPATT, J.**

**WALL, M.**

The undersigned hereby stipulate and agree pursuant to Fed.R.Civ.P. 41(a)(2) that this action is hereby dismissed with prejudice as against defendant Long Island Housing Partnership, Inc.  This court shall continue to retain jurisdiction over the action against LIHP for the purpose of enforcing the attached Settlement Agreement.  Further, the caption to this action shall be amended so that all future documents served or filed in this lawsuit shall contain the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

-against-

THE TOWN OF OYSTER BAY and TOWN
SUPERVISOR JOHN VENDITTO in his
Official Capacity,

Defendants.
------------------------------------------------------------x

This stipulation may be filed with the court by either party without notice to the others.

Dated:   April 10, 2014

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
Attorney for the United States

By: _____  By:
Michael J. Goldberger
Thomas A. McFarland
Assistant U.S. Attorneys
271 Cadman Plaza East
Brooklyn, New York 11201
(718-254-6052/ (631) 715-7863


L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.
Attorney for Defendant Long Island
Housing Partnership, Inc.

_____
Peter L. Contini, Esq.
1001 Franklin Ave.
Garden City, NY  11530
(516) 294-8844


SO ORDERED THIS _____
DAY OF APRIL, 2014:

                                    :

_____
U.S.D.J.

2