UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                     Plaintiff,

-against-

THE TOWN OF OYSTER BAY,
TOWN SUPERVISOR JOHN VENDITTO
in his official capacity, and LONG ISLAND
HOUSING PARTNERSHIP, INC,

                                       Defendants.
------------------------------------------------------------------------x

14-CV-02317 (ADS) (WDW)

NOTICE OF APPEARANCE

ECF CASE

       PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of defendants The Town of Oyster Bay and Town Supervisor John Venditto in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

Christopher Y. L. Yeung
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel.: (212) 841-1000
Email: cyeung@cov.com

| | |
|---|---|
| Dated: New York, New York<br>April 23, 2014 | Respectfully Submitted,<br><br>COVINGTON & BURLING LLP<br><br>By  s/Christopher Y. L. Yeung<br>       Christopher Y. L. Yeung<br><br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018-1405<br>Phone: (212) 841-1000<br>cyeung@cov.com<br><br>*Attorneys for Defendants*<br>*The Town of Oyster Bay and*<br>*Town Supervisor John Venditto* |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Appearance, dated April 23, 2014, to be served via ECF on the following counsel of record on April, 23, 2014:

Neta Borshansky
United States Department of Justice
Civil Rights Division Housing and Civil Rights Enforcement
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Tel.: (202) 535-0261
Neta.Borshansky@usdoj.gov

Michael J. Goldberger
United States Attorney's Office, Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
Tel.: (718) 254-6052
Michael.Goldberger@usdoj.gov

Thomas A. McFarland
United States Attorney's Office, Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Tel.: (631) 715-7863
thomas.mcfarland@usdoj.gov

*Attorneys for the United States of America*

Dated: New York, New York
April 23, 2014

    s/ Christopher Y. L. Yeung
    Christopher Y. L. Yeung

COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
cyeung@cov.com

*Attorneys for Defendants*
*The Town of Oyster Bay and*
*Town Supervisor John Venditto*