# COVINGTON & BURLING LLP

BEIJING  BRUSSELS  LONDON  NEW YORK
SAN DIEGO  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405
T 212.841.1000
WWW.COV.COM

April 23, 2014

VIA ECF (ORIGINAL) AND
FEDERAL EXPRESS (COURTESY COPY)

The Honorable Arthur D. Spatt
United States District Judge
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

    Re:    *U.S. v. The Town of Oyster Bay, et al.*, No. 14-CV-02317

Dear Judge Spatt:

    We represent defendants The Town of Oyster Bay and Town Supervisor John Venditto (collectively, the "Defendants"). We write to request an extension until June 16, 2014 of Defendants' time to answer or otherwise respond to the Complaint. Plaintiff's counsel consents to this extension.

    Defendants' response to the Complaint originally was due on May 1, 2014, and Defendants request an extension of time so that they may prepare their response to the Complaint. This is the first request for an extension of time by any party in this action.

    Respectfully yours,

    Christopher Y. L. Yeung

cc (via ECF):  Neta Borshansky, Esq.
                  Michael J. Goldberger, Esq.
                  Thomas A. McFarland, Esq.