UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                            Plaintiff,

-against-

THE TOWN OF OYSTER BAY,
TOWN SUPERVISOR JOHN VENDITTO
in his official capacity, and LONG ISLAND
HOUSING PARTNERSHIP, INC,

                                            Defendants.
---------------------------------------------------------------------------x

14-CV-02317 (ADS) (WDW)

NOTICE OF APPEARANCE

ECF CASE

      PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants The Town of Oyster Bay and Town Supervisor John Venditto in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney admitted *pro hac vice* to practice before this Court:

Anthony Herman
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
Tel.: (202) 662-6000
Email: aherman@cov.com

Dated: Washington, DC  
      April 24, 2014

Respectfully Submitted,

 s/ Anthony Herman  
Anthony Herman  
COVINGTON & BURLING LLP  
1201 Pennsylvania Avenue NW  
Washington, DC 20004-2401  
Tel.: (202) 662-6000  
Email: aherman@cov.com

*Attorney for Defendants*  
*The Town of Oyster Bay and*  
*Town Supervisor John Venditto*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Notice of Appearance, dated April 24, 2014, to be served via ECF on the following counsel of record on April, 24, 2014:

Neta Borshansky
United States Department of Justice
Civil Rights Division Housing and Civil Rights Enforcement
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Tel.: (202) 535-0261
Neta.Borshansky@usdoj.gov

Michael J. Goldberger
United States Attorney's Office, Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
Tel.: (718) 254-6052
Michael.Goldberger@usdoj.gov

Thomas A. McFarland
United States Attorney's Office, Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Tel.: (631) 715-7863
thomas.mcfarland@usdoj.gov

*Attorneys for the United States of America*

Dated: Washington, DC
April 24, 2014

                                         s/ Anthony Herman
                                         Anthony Herman
                                         COVINGTON & BURLING LLP
                                         1201 Pennsylvania Avenue NW
                                         Washington, DC 20004-2401
                                         Tel.: (202) 662-6000
                                         Email: aherman@cov.com

                                         *Attorney for Defendants*
                                         *The Town of Oyster Bay and*
                                         *Town Supervisor John Venditto*