

# COVINGTON & BURLING LLP

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405
T 212.841.1000
www.cov.com

June 5, 2014

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 06 2014 ★

LONG ISLAND OFFICE

VIA ECF (ORIGINAL) AND
FEDERAL EXPRESS (COURTESY COPY)

The Honorable Arthur D. Spatt
United States District Judge
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

Re:   *U.S. v. The Town of Oyster Bay, et al.*, No. 14-CV-02317

Dear Judge Spatt:

We represent defendants The Town of Oyster Bay and Town Supervisor John Venditto (collectively, the "Defendants"). We write to request an extension until August 15, 2014 of Defendants' time to answer or otherwise respond to the Complaint. Plaintiff's counsel consents to this extension.

Defendants' response to the Complaint currently is due on June 16, 2014, which reflects a single extension from the original deadline of May 1, 2014. Defendants request an extension of time due to the press of other business and scheduling issues with respect to this and other matters. This is the second request for an extension of time by any party in this action; the first request was granted.

Respectfully yours,

Christopher Y. L. Yeung

cc (via ECF):   Neta Borshansky, Esq.
Michael J. Goldberger, Esq.
Thomas A. McFarland, Esq.

Request granted
So ordered

s/ Arthur D. Spatt
Arthur D. Spatt, U.S.D.J.
6/6/14