UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TOWN OF OYSTER BAY,
TOWN SUPERVISOR JOHN VENDITTO,
in his official capacity, and LONG ISLAND
HOUSING PARTNERSHIP, INC.,

        Defendants.

14 CV 02317 (ADS)(SIL)

ECF CASE

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, I caused true and correct copies of the Oyster Bay Defendants' Notice of Motion and Memorandum of Law in Support of the Oyster Bay Defendants' Motion to Dismiss to be served on the following counsel of record via ECF:

| | | |
|---|---|---|
| Michael J. Goldberger | Neta Borshansky | Thomas A. McFarland |
| U.S. Attorneys' Office | U.S. Department of Justice | U.S. Attorneys' Office |
| Eastern District of New York | Civil Rights Division | Eastern District of New York |
| 271 Cadman Plaza East | 950 Pennsylvania Ave., N.W. | 610 Federal Plaza |
| Brooklyn, NY 11201-1820 | Washington, D.C. 20530 | Central Islip, NY 11722 |
| (718) 254-6052 | (202) 535-0261 | (631) 715-7863 |
| michael.goldberger@usdoj.gov | neta.borshansky@usdoj.gov | thomas.mcfarland@usdoj.gov |

*Attorneys for Plaintiff United States of America*

Dated: September 29, 2014

      /s/ Anthony Herman
      Anthony Herman
      COVINGTON & BURLING LLP
      1201 Pennsylvania Avenue, NW
      Washington, DC 20004-2401
      (202) 662-6000
      aherman@cov.com

      *Attorney for Defendants*
      *The Town of Oyster Bay and*
      *Town Supervisor John Venditto*