UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>TOWN OF OYSTER BAY,<br>TOWN SUPERVISOR JOHN VENDITTO,<br>in his official capacity, and LONG ISLAND<br>HOUSING PARTNERSHIP, INC.,<br><br>                Defendants. | 14 CV 02317 (ADS)(SIL)<br><br>ECF CASE<br><br>NOTICE OF CHANGE<br>OF FIRM ADDRESS |

**TO: THE COURT, PARTIES, COUNSEL OF RECORD**:

      **PLEASE TAKE NOTICE** that the address of the Washington, DC Office of Covington & Burling LLP, attorneys of record for Defendants Town of Oyster Bay and Town Supervisor John Venditto, has changed, and, effective immediately, all notices, correspondence and pleadings directed to Matthew J. Berns should be addressed as follows:

> Matthew J. Berns
> COVINGTON & BURLING LLP
> One CityCenter
> 850 Tenth Street, NW
> Washington, DC 20001-4956
> Telephone: (202) 662-6000

      **PLEASE TAKE FURTHER NOTICE** that there is no change for electronic mail and ECF notifications and all other contact information for the undersigned and other Covington & Burling LLP attorneys remains unchanged.

–2–

Dated: Washington, DC
December 9, 2014

          COVINGTON & BURLING LLP

           s/ Matthew J. Berns
          Matthew J. Berns
          COVINGTON & BURLING LLP
          One CityCenter
          850 Tenth Street, NW
          Washington, DC 20001-4956
          (202) 662-6000
          mberns@cov.com

*Attorneys for Defendants*
*The Town of Oyster Bay and*
*Town Supervisor John Venditto*