**COVINGTON**

BEIJING BRUSSELS LONDON NEW YORK
SAN DIEGO SAN FRANCISCO SEOUL
SHANGHAI SILICON VALLEY WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

December 18, 2014

VIA ECF (ORIGINAL) AND
FEDERAL EXPRESS (COURTESY COPY)

Hon. Arthur D. Spatt
United States District Judge
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 19 2014 ★

LONG ISLAND OFFICE

Re: *U.S. v. The Town of Oyster Bay, et al.*, No. 14-CV-02317

Dear Judge Spatt:

We represent defendants The Town of Oyster Bay and Town Supervisor John Venditto (collectively, the "Defendants"). We write to request an extension of time for (1) Defendants to answer the Complaint until January 12, 2015; and (2) the parties to hold a discovery planning conference pursuant to Fed. R. Civ. P. Rule 26(f) until January 16, 2015. Plaintiff's counsel consents to these extensions.

This is Defendants' first request for an extension of time to Answer the Complaint following the denial of their motion to dismiss the Complaint. Defendants' Answer is due on December 29, 2014—14 days after Defendants were notified of the denial of their motion to dismiss on December 15, 2014. (ECF No. 34; Fed. R. Civ. P. Rule 12(a)(4)(A)).

This also is Defendants' first request for an extension of time for the parties to hold a Rule 26(f) conference. Magistrate Judge Locke scheduled an initial conference for January 28, 2015 (ECF No. 32), which pursuant to Fed. R. Civ. P. Rule 26(f)(1), automatically required the parties to conduct a Rule 26(f) conference by January 7, 2015. Subject to the Court's approval, counsel for all the parties have agreed to conduct a Rule 26(f) conference on January 16, 2015. Defendants do not seek adjournment of the initial conference or any other associated deadline.

**COVINGTON**

Hon. Arthur D. Spatt
December 18, 2014
Page 2

      Defendants request these extensions of time to accommodate holiday and travel schedules, and to facilitate more meaningful discussion at the Rule 26(f) conference following the service of Defendants' Answer.

Respectfully yours,

Christopher Y. L. Yeung

cc (via ECF):  The Hon. Steven I. Locke
                  Beth Susan Frank, Esq.
                  Michael Goldberger, Esq.
                  Thomas McFarland, Esq.

Request granted. So ordered.

s/ Arthur D. Spatt
_____
Arthur D. Spatt, USDJ
12/19/14