**COVINGTON**

BEIJING BRUSSELS LONDON NEW YORK
SAN DIEGO SAN FRANCISCO SEOUL
SHANGHAI SILICON VALLEY WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

VIA ECF (ORIGINAL)

January 8, 2015

Hon. Arthur D. Spatt
United States District Judge
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

Hon. Steven I. Locke
United States Magistrate Judge
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

Re: *U.S. v. The Town of Oyster Bay, et al.*, No. 14-CV-02317

Dear Judge Spatt and Magistrate Judge Locke:

We represent defendants The Town of Oyster Bay and Town Supervisor John Venditto (collectively, the "Defendants"). We write to request a modest adjournment of certain upcoming deadlines and conference dates—the earliest of which is Monday, January 12, 2015—due to the recent death of the spouse of the Deputy Town Supervisor and Town Attorney Leonard Genova:

|  | Current Date | Requested Adjournment |
|---|---|---|
| Defendants' Answer Due | January 12, 2015 | January 26, 2015 |
| Parties Conduct Fed. R. Civ. P. 26(f) Discovery Planning Conference | January 16, 2015 | February 2, 2015 |
| Parties Submit Proposed Discovery Plan | January 26, 2015 | February 17, 2015 |
| Parties Appear for Initial Conference | January 28, 2015 | Week of February 23, 2015 |

Plaintiff's counsel consents to the requested schedule.

This is Defendants' second request for an extension of time to Answer the Complaint following the denial of their motion to dismiss the Complaint; Defendants' first request was granted, thus extending Defendants' deadline from its originally scheduled date of December 29, 2014. (ECF No. 36). This also is Defendants' second request for an extension of time for the parties to hold a Rule 26(f) conference; Defendants' first request was granted, thus extending the parties' deadline from its originally scheduled date of January 7, 2015. (*Id.*) This is Defendants' first request for an adjournment of the dates to submit a proposed discovery plan and to appear for the initial conference; January 26 and 28, 2015, respectively, are the originally scheduled dates. (ECF No. 32).

Thank Your Honors for your consideration.

Respectfully yours,

Christopher Y. L. Yeung

cc (via ECF): Beth Susan Frank, Esq.
Michael Goldberger, Esq.
Thomas McFarland, Esq.