# COVINGTON

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

VIA ECF

January 20, 2015

Hon. Steven I. Locke
United States Magistrate Judge
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

Re: *U.S. v. The Town of Oyster Bay, et al.*, No. 14-CV-02317

Dear Magistrate Judge Locke:

We represent defendants The Town of Oyster Bay and Town Supervisor John Venditto (collectively, the "Defendants"). We write in furtherance of Defendants' first request, made with Plaintiff's consent by letter dated January 8, 2015, to adjourn the parties' initial conference, which is currently scheduled for January 28, 2015. Counsel for the parties are available anytime on March 2, 2015 and in the afternoon on March 3, 2015 for an initial conference.

On January 8, 2015, Defendants' counsel submitted a letter to the Honorable Arthur D. Spatt and Your Honor requesting with Plaintiff's consent the adjournment of certain deadlines and conference dates, including the initial conference. (ECF No. 38.) On January 9, 2015, Judge Spatt granted Defendants' request. (ECF No. 39.) On January 16, 2015, Your Honor's law clerk suggested that counsel submit a separate letter to Your Honor concerning the rescheduling of the initial conference and to provide counsel's availability beginning the week of March 2, 2015.

Counsel for the parties have conferred and are available for an initial conference either the morning or afternoon of Monday, March 2, 2015, or the afternoon of Tuesday, March 3, 2015. The initial conference has not been adjourned previously; January 28, 2015 is the originally scheduled date.

Respectfully yours,

Brett Reynolds

cc (via ECF):   Beth Susan Frank, Esq.
                Michael Goldberger, Esq.
                Thomas McFarland, Esq.