# COVINGTON

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

VIA ECF

February 25, 2015

Hon. Steven I. Locke
United States Magistrate Judge
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

Re:  *U.S. v. The Town of Oyster Bay, et al.*, No. 14-CV-02317

Dear Magistrate Judge Locke:

     We represent defendants The Town of Oyster Bay and Town Supervisor John Venditto (collectively, the "Defendants"). We write in response to the Court's Notice of Change of Hearing, docketed on February 25, 2015, rescheduling the conference initially scheduled for March 2, 2015 to March 3, 2015.

     Counsel for the Defendants are unavailable on March 3, 2015. Counsel for all parties have conferred and are available on any of the following alternate dates:

     March 19, 2015
     March 20, 2015 (afternoon only)
     March 23, 2015

     We respectfully request that the Court adjourn the March 3, 2015 hearing to one of these dates.

Respectfully yours,

Brett Reynolds

cc (via ECF):  Beth Susan Frank, Esq.
                 Michael Goldberger, Esq.
                 Thomas McFarland, Esq.