| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 3/19/2015<br>TIME: 12:00 PM |

CASE:  CV 14-2317(ADS) United States of America v. The Town of Oyster Bay et al

TYPE OF CONFERENCE:  INITIAL              FTR: 12:02-12:18

APPEARANCES:
      For Plaintiff:   Michael Goldberger
                       Thomas McFarland

      For Defendant:  Brett Reynolds
                      Anthony Herman

**THE FOLLOWING RULINGS WERE MADE:**

☒    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [ ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐    Other:

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

      5/21/15 @ 11:30 am         : Status conference

      4/21/16 @ 12:00 pm         : Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

                              SO ORDERED

                              /s/Steven I. Locke
                              STEVEN I. LOCKE

                                        United States Magistrate Judge