# COVINGTON

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

VIA ECF

May 8, 2015

Hon. Steven I. Locke
United States Magistrate Judge
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

Re: *U.S. v. The Town of Oyster Bay, et al.,* No. 14-CV-02317

Dear Magistrate Judge Locke:

We represent defendants The Town of Oyster Bay and Town Supervisor John Venditto (collectively, the "Defendants"). We write regarding the status conference set for Thursday, May 21, 2015.

Counsel for the Defendants have become unavailable on May 21, 2015, due to the setting of an oral argument in an appeal in another litigation. Counsel for all parties have conferred and are available on any of the following alternate dates:

June 5, 2015
June 2, 2015

We respectfully request that the Court adjourn the May 21, 2015 conference to one of these dates.

Respectfully yours,

Brett Reynolds

cc (via ECF):   Beth Susan Frank, Esq.
                Michael Goldberger, Esq.
                Diane Beckmann, Esq.