# COVINGTON

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

Via ECF

May 28, 2015

Hon. Steven I. Locke
United States Magistrate Judge
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

Re: *United States v. The Town of Oyster Bay, et al.*, No. 14-cv-02317

Dear Magistrate Judge Locke:

We represent defendants The Town of Oyster Bay and Town Supervisor John Venditto (collectively, the "Town Defendants"). We write regarding the status conference currently set for Friday, June 5, 2015.

The Defendants have conferred with the Plaintiff, and the parties respectfully request to be permitted to appear at the aforementioned status conference by phone. The parties are conducting discovery cooperatively and on a timely basis, and at present have no disagreements or points of contention which require the Court's intervention. Moreover, to attend the status conference in person would require Defendants' counsel to travel from Washington, D.C., and for Plaintiff's counsel to travel from Brooklyn. Consequently, in an effort to minimize the costs and time required for the status conference, we jointly request that you permit the status conference to take place telephonically.

Respectfully submitted,

Brett Reynolds

cc: Michael Goldberger, Esq.