UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :   Case No. 2:14-cv-02317-ADS-SIL
                           Plaintiff,                             :
                                                                  :   NOTICE OF APPEARANCE
      - against -                                                 :   ECF CASE
                                                                  :
THE TOWN OF OYSTER BAY,                                           :
TOWN SUPERVISOR JOHN VENDITTO                                     :
in his official capacity, and LONG ISLAND                         :
HOUSING PARTNERSHIP, INC.,                                        :
                                                                  :
                           Defendants.                            :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants The Town of Oyster Bay and Town Supervisor John Venditto in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney admitted *pro hac vice* to practice before this Court:

Courtney R. Forrest
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: cforrest@cov.com

Dated: Washington, DC
      September 18, 2015

Respectfully Submitted,

 s/ Courtney R. Forrest
Courtney R. Forrest
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel.: (202) 662-6000
Email: cforrest@cov.com

*Attorney for Defendants*
*The Town of Oyster Bay and*
*Town Supervisor John Venditto*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Appearance to be served via ECF on the following counsel of record on September 18, 2015:

Michael J. Goldberger
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
Tel.: (718) 254-6052
Fax: (718) 254-6083
Michael.Goldberger@usdoj.gov

Thomas A. McFarland
United States Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Tel.: (631) 715-7863
Fax: (631) 715-7920
thomas.mcfarland@usdoj.gov

Diane Leonardo
United States Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Tel.: (631) 715-7854
Fax: (631) 715-7920
diane.beckmann@usdoj.gov

*Attorneys for the United States of America*

        /s/ Courtney R. Forrest
Courtney R. Forrest
*Attorney for Defendants*
*The Town of Oyster Bay and*
*Town Supervisor John Venditto*