UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF APPEARANCE |
| Plaintiff, | |
| -against- | Civil Action No. CV-14-2317 |
| THE TOWN OF OYSTER BAY, TOWN SUPERVISOR JOHN VENDITTO in his official capacity, and LONG ISLAND HOUSING PARTNERSHIP, INC., | (ADS, J.) (SIL, M.J.) |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, SEAN P. GREENE, Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as attorney for Plaintiff herein. The undersigned certifies that he is admitted to practice in this Court.

Dated: Brooklyn, New York
       October 30, 2015

> ROBERT L. CAPERS
> United States Attorney
> Eastern District of New York
> 271 Cadman Plaza East, 7th Fl.
> Brooklyn, New York 11201
>
> By:    /s/*Sean P. Greene*
>        SEAN P. GREENE
>        sean.greene@usdoj.gov
>        (718) 254-6484