| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>          U.S. MAGISTRATE JUDGE | DATE: 11/23/15<br>TIME:  11:30 am |

CASE:  **CV 14-2317 (ADS) United States of America v. The Town of Oyster Bay et al**

TYPE OF CONFERENCE:   MOTION          FTR: 11:21-11:43

APPEARANCES:
      For Plaintiff:   Michael Goldberger

      For Defendant: Anthony Herman

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:  Defendants' motion for clarification, DE [62], is granted as follows: Defendants will produce the six noticed deponents for deposition on or before January 29, 2016. Moving papers in support of a motion to exceed ten depositions will be filed on or before February 12, 2016.  Opposing papers will be filed on or before February 26, 2016.  The letter motion and opposition will be no longer than seven pages each.

The status conference scheduled for December 18, 2015 is adjourned without date.  A revised schedule for the completion of discovery will be set after the motion has been decided.

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge