

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

---

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 6, 2016

VIA ECF

Hon. Steven I. Locke
United States Magistrate Judge
Eastern District of New York
100 Courthouse Drive
Central Islip, NY 11722

    Re:    United States of America v. Town of Oyster Bay *et ano.*
             Civil Action No. CV-14-2317 (ADS/ SIL)

Dear Magistrate Judge Locke:

      In its order dated May 10, 2016, the Court directed the parties to submit by this date a schedule for the United States' additional depositions. The parties have been working with each other, attempting to accommodate the witnesses' and each others' schedules. However, we have been unable to identify mutually convenient dates for a few of the depositions, but expect to do so shortly. Accordingly, on behalf of both parties, we respectfully request an additional week, to June 13, 2016, to submit the required schedule.

                                                  Respectfully submitted,

                                                  ROBERT L. CAPERS
                                                  United States Attorney

                    By:      _____/s/_____
                                                  Michael J. Goldberger
                                                  Sean P. Greene
                                                  Assistant U.S. Attorneys
                                                  (718) 254-6052/ 6484