

U.S. Department of Justice

*United States Attorney's Office*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 3, 2016

VIA ECF

Hon. Steven I. Locke
United States Magistrate Judge
Eastern District of New York
100 Courthouse Drive
Central Islip, NY 11722

    Re:    United States of America v. Town of Oyster Bay *et ano.*
             Civil Action No. CV-14-2317 (ADS/ SIL)

Dear Magistrate Judge Locke:

      The United States submits this letter to respectfully request, on behalf of all parties to this action, an adjournment of the conference scheduled for next Monday, November 7, 2016 at 10 A.M.. The parties make this request because the United States will presently be submitting a letter requesting a stay of this action until the conclusion of the criminal case against Town Supervisor John Venditto, a defendant in this civil Fair Housing Act action.  Although the parties request this adjournment *sine die,* pursuant to the Court's rules, we propose the following three dates if the Court wishes to schedule a conference:  November 29, 30 or December 1, 2016.

                              Respectfully submitted,

                              ROBERT L. CAPERS
                            United States Attorney

                  By:       /s/_____
                              Michael J. Goldberger
                              Sean P. Greene
                              Assistant U.S. Attorneys
                              (718) 254-6052/ 6484

Cc:    (Via ECF)
       Anthony Herman, Esq.
       Christopher Pistilli, Esq.
       Brett Reynolds, Esq.