

U.S. Department of Justice

*United States Attorney's Office*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 2, 2016

VIA ECF

Hon. Steven I. Locke
United States Magistrate Judge
Eastern District of New York
100 Courthouse Drive
Central Islip, NY 11722

      Re:    United States of America v. Town of Oyster Bay and John Venditto,
              Civil Action No. CV-14-2317 (ADS/ SIL)

Dear Magistrate Judge Locke:

      The United States respectfully submits this letter on behalf of all parties to request that the conference scheduled before Your Honor on December 13, 2016 be adjourned. On November 22, 2016, the United States requested that the Court stay this action pending resolution of the criminal case against Town of Oyster Bay Supervisor John Venditto, who is a defendant and instrumental actor in this action as well. On November 23, 2016, defendants filed their own letter seeking the same relief. Accordingly, the parties agree that a conference at this time is unnecessary.

                                       Respectfully submitted,

                                       ROBERT L. CAPERS
                                       United States Attorney

                      By:      _____/s/_____
                                       Michael J. Goldberger
                                       Sean P. Greene
                                       Assistant U.S. Attorneys
                                       (718) 254-6052/ 6484

cc: Counsel for defendants (Via ECF)