**COVINGTON**

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

VIA ECF (ORIGINAL)

March 7, 2018

Hon. Arthur D. Spatt
United States District Judge
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

Hon. Steven I. Locke
United States Magistrate Judge
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

Re: *U.S. v. Town of Oyster Bay, et al.*, No. 14-cv-02317

Dear Judge Spatt and Magistrate Judge Locke,

    I have appeared as counsel for Defendants The Town of Oyster Bay and Town Supervisor John Venditto in the above-captioned case. I respectfully request entry of an order directing the Clerk to remove my individual appearance from the docket, as I am departing from the employ of the law firm of Covington & Burling LLP, which represents Defendants. My departure will not affect any pending deadlines nor occasion any delay in this action as other counsel from Covington & Burling LLP have also appeared in the action and will continue to represent Defendants' interests. Counsel for Plaintiff consents to the withdrawal of my appearance.

    Thank you for your consideration.

Respectfully,

/s/ Courtney R. Forrest

Courtney R. Forrest

cc (via ECF): All Counsel of Record