FILED
CLERK

2:43 pm, Dec 13, 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff(s),

     -against-

THE TOWN OF OYSTER BAY and JOHN VENDITTO,

                        Defendant(s)
------------------------------------------------------------------------X

**NOTICE**

Case No. CV-14-2317 (ADS)

     Notice is hereby given to:

     Diane Beckmann, AUSA

There has been no activity in this case regarding the above named case since December 5, 2016

Plaintiff's counsel is requested to inform the Court within ten (10) days of this notice, why an order should not be entered dismissing this action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Please send your response via ECF.  Plaintiff's counsel is requested to respond on or before

**December 23, 2018.**

Dated: December 13, 2018
       Central Islip, New York

                                                    Mary Ellen Kirchner
                                                    Courtroom Deputy to
                                                      Hon. Arthur D. Spatt
                                                      1024 Federal Plaza
                                                      Central Islip, New York 11722
                                                      (631) 712-5625