

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 10, 2019

<u>VIA ECF</u>

Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   *United States of America v. Town of Oyster Bay and John Venditto*
              <u>Civil Action No. CV-14-2317 (Spatt, J.) (Locke, M.J.)</u>

Dear Judge Spatt:

      Plaintiff United States of America in this Fair Housing Act litigation hereby respectfully requests that the Court lift the stay in this action (*see* Dkt. Nos. 84, 91) and that Magistrate Judge Locke schedule a conference to explore settlement or, if such discussions are unsuccessful, set a discovery schedule.

      As the Court will recall, it stayed this Fair Housing Act case against the Town of Oyster Bay (the "Town") and John Venditto, the former Town Supervisor, in December 2016, pending resolution of federal criminal charges against Mr. Venditto. Dkt. No. 84. The federal case against Mr. Venditto concluded on May 24, 2018. *See* No. CR-16-540 (E.D.N.Y.), Dkt. No. 289. However, the stay was still needed because Mr. Venditto was also under indictment for state crimes related to his official position as Town Supervisor. *See People v. Venditto*, Nos. 01020N-2017, 01021N-2017 (Nassau Cty. Crim. Ct.). That case also has now resolved, obviating any more need for the stay and the United States therefore respectfully requests it be vacated. Defendants consent to this request.

      The parties further jointly request a settlement conference before Magistrate Judge Locke.

*Honorable Arthur D. Spatt*
*September 9, 2019*
*Page 2*

Both parties believe such a conference could be fruitful.  However, if it is not successful, the United States will request a new discovery schedule and proceed with the litigation.

.

                                              Respectfully submitted,

                                              RICHARD P. DONOGHUE
                                              United States Attorney

By:     \_\_\_\_\_/s/_____
        Michael J. Goldberger
        Sean P. Greene
        Assistant U.S. Attorneys
        (718) 254-6052/ 6484

cc: Counsel for defendants (Via ECF)