

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FILED
CLERK
12:13 pm, Sep 11, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 10, 2019

VIA ECF

Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *United States of America v. Town of Oyster Bay and John Venditto*
              Civil Action No. CV-14-2317 (Spatt, J.) (Locke, M.J.)

Dear Judge Spatt:

      Plaintiff United States of America in this Fair Housing Act litigation hereby respectfully requests that the Court lift the stay in this action (*see* Dkt. Nos. 84, 91) and that Magistrate Judge Locke schedule a conference to explore settlement or, if such discussions are unsuccessful, set a discovery schedule.

      As the Court will recall, it stayed this Fair Housing Act case against the Town of Oyster Bay (the "Town") and John Venditto, the former Town Supervisor, in December 2016, pending resolution of federal criminal charges against Mr. Venditto. Dkt. No. 84. The federal case against Mr. Venditto concluded on May 24, 2018. *See* No. CR-16-540 (E.D.N.Y.), Dkt. No. 289. However, the stay was still needed because Mr. Venditto was also under indictment for state crimes related to his official position as Town Supervisor. *See People v. Venditto*, Nos. 01020N-2017, 01021N-2017 (Nassau Cty. Crim. Ct.). That case also has now resolved, obviating any more need for the stay and the United States therefore respectfully requests it be vacated. Defendants consent to this request.

      The parties further jointly request a settlement conference before Magistrate Judge Locke.

*Honorable Arthur D. Spatt*
*September 9, 2019*
*Page 2*

Both parties believe such a conference could be fruitful.  However, if it is not successful, the United States will request a new discovery schedule and proceed with the litigation.

.

                                                Respectfully submitted,

                                                RICHARD P. DONOGHUE
                                                United States Attorney

                              By:     _____/s/_____
                                                Michael J. Goldberger
                                                Sean P. Greene
                                                Assistant U.S. Attorneys
                                                (718) 254-6052/ 6484

cc: Counsel for defendants (Via ECF)


The Court hereby lifts the stay. The parties are directed to address any requests for conferences with Judge Locke to Judge Locke. SO ORDERED.


\_\_\_\_/s/ Arthur D. Spatt_____                                                      \_\_September 11, 2019\_\_
Arthur D. Spatt, U.S.D.J.                                                                            Date