

**U.S. Department of Justice**

*United States Attorney's Office
Eastern District of New York*

_____

*271 Cadman Plaza East
Brooklyn, New York 11201*

September 23, 2019

VIA ECF

Hon. Steven I. Locke
United States Magistrate Judge
Eastern District of New York
100 Courthouse Drive
Central Islip, NY 11722

     Re:    United States of America v. Town of Oyster Bay and John Venditto,
             Civil Action No. CV-14-2317 (ADS/ SIL)

Dear Magistrate Judge Locke:

     This letter is respectfully submitted to request an adjournment of the settlement conference currently scheduled for October 24, 2019.  Counsel for the United States has an irreconcilable conflict on that date and the attorneys for defendants have trial commitments through the end of the year.  Accordingly, the parties jointly request that the conference be rescheduled to a date in January.  The parties agree to notify the Court and request an earlier date if counsels' commitments change.

                    Respectfully submitted,

                    RICHARD P. DONOGHUE
                    United States Attorney

          By:      _____/s/_____
                    Michael J. Goldberger
                    Sean P. Greene
                    Assistant U.S. Attorneys
                    (718) 254-6052/ 6484

cc: Counsel for defendants (Via ECF)